UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LILBREN LIQUICE MCMILLER,

        Movant,

                                                  Case No: 1:16-cv-990

v.

                                                  HON. PAUL L. MALONEY

UNITED STATES OF AMERICA,

        Respondent.

_____/

## **JUDGMENT**

In accordance with the order entered this date,

**IT IS ORDERED** that **JUDGMENT** is entered in favor of Respondent because Movant is not

entitled to relief under 28 U.S.C. § 2255.

DATED: June 30, 2017                                  Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge